tutional questions which have been discussed are not considered.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ.  Absent: MCLAUGHLIN, J.

---

FREDERICK SNARE CORPORATION, Appellant, *v.* GLOBE INDEMNITY COMPANY, Respondent.

*Principal and surety — contractor's bond — when assignee of contract may not recover against surety in action for contribution to amount paid by assignee to indemnify owner for amount recovered against it for personal injuries to a third person during carrying on of work.*

*Snare Corporation* v. *Globe Indemnity Co.*, 201 App. Div. 505, affirmed.

(Argued October 3, 1922; decided October 17, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 2, 1922, which reversed an order of Special Term denying a motion for judgment dismissing the complaint upon the ground that it failed to state facts sufficient to constitute a cause of action and granted said motion. Plaintiff's assignor entered into a contract to reconstruct an elevated railroad structure and agreed to save the railroad corporation harmless from liability for injury to passengers by reason of the carrying on of said work and furnished an indemnity bond on which defendant was one of the sureties. By the contract of assignment plaintiff assumed all of the obligations of its assignors. A passenger having been injured and recovered therefor against the railroad company, plaintiff paid the amount and sought in this action to recover from defendant a contributive share thereof upon the theory that both were sureties to the railroad company and that, therefore, contribution was enforcible between them. The Appellate Division held that plaintiff under the assignment became the principal in place of its assignor and, therefore, was not entitled to contribution from the surety.

*John R. Halsey* for appellant.
*Daniel Combs* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Absent: McLAUGHLIN, J.

---

In the Matter of the Application of MARGUERITE A. BLACKWELL, Appellant, to Compel Production of the Will of HERMANN SIELCKEN, Deceased.

EUGENE SMITH, Respondent.

*Will — order vacating prior order directing production of will affirmed.*

*Matter of Blackwell (In re Sielcken),* 199 App. Div. 919, affirmed.

(Submitted October 3, 1922; decided October 17, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 10, 1921, which affirmed an order of the New York County Surrogate's Court vacating a prior order directing the respondent herein, an attorney, to attend and be examined concerning the will of Hermann Sielcken, executed in the year 1907, and directing him to produce the said will.

*Henry B. Johnson* for appellant.

*Leonard B. Smith* and *Charles H. Tuttle* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

In the Matter of the Application of FREEHOLDERS OF THE TOWNS OF ELMA AND MARILLA, IN THE COUNTY OF ERIE, Respondents, for the Building of a Bridge over Big Buffalo Creek.

TOWN OF ELMA et al., Appellants.

*Towns — bridges — order directing the rebuilding of highway bridge affirmed.*

*Matter of Freeholders of Elma & Marilla,* 201 App. Div. 252, affirmed.

(Argued October 3, 1922; decided October 17, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered